WINDHAM COUNTY, SEPTEMBER TERM, A. D. 1789.

### DIXON v. PIERCE.

Where a judgment is severable it may be reversed in part. The illegal part of a bill of cost reversed and the judgment affirmed as to the damages and legal costs.

ERROR. Pierce brought an action to the County Court against Dixon, for riding over his daughter, a minor, whereby she was much hurt, and he put to cost in her cure. Verdict and judgment was, that the plaintiff in said action recover fourteen shillings damage, and cost: Cost taxed at £5 17s. 3d.

Error assigned — That no more cost than damages ought to have been allowed. Plea nothing erroneous.

Judgment — Manifest error; and judgment reversed as to the cost over the sum of the damages.

This is a case within the statute, where no more cost than damages is to be recovered; and as the severance may be made, the court reversed the judgment only as to that part which was illegal, viz. all the cost over the sum of the damages.